IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Case No. 3:19-CR-137 (2) |
| vs. : | HONORABLE WALTER H. RICE |
| Pope, Savon P. : | |
| Defendant : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 2, 2020 removing the following condition:

1. Participate in SmartLink Program under the guidance of the Pretrial Services Office.

Adding:

1. Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring.

All other bond conditions remain in full force and effect.

Date: 06/05/2020

_Walter H. Rice_  (tp - per Judge Rice authorization after his review)
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE