IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : Case No. 3:19-CR-137 (2) |
| vs. | : HONORABLE WALTER H. RICE |
| Pope, Savon P. | : |
| Defendant | : |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 2, 2020 removing the following condition:

1. Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring. Home Incarceration

Adding:

1. Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring. Home Detention.

All other bond conditions remain in full force and effect.

Date: 9-17-20

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE