IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff :Case No. 3:19-CR-137(2)

   vs. :HONORABLE WALTER H. RICE

Pope, Savon :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 2, 2020 and removes the following condition:

1. *Comply with the stay at home order issued by Governor DeWine dated March 23, 2020, and any extension of that order.*

All other bond conditions remain in full force and effect.

Date:5/5/2021

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE