IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff         :Case No. 3:19-CR-137

        vs.         :HONORABLE WALTER H. RICE

Pope, Savon         :

        Defendant         :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 30, 2020 and adds the following condition:

1. Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Home Detention. You are restricted to your residence every day as directed by Pretrial Services Office or supervising officer.

2. The defendant has preapproval from the Court to transport his children to and from school when needed.

3. The defendant must receive approval for all other requested movement.

All other bond conditions remain in full force and effect.

Date:08/12/2021

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE